IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORINE DUNLEAVY, | : | No. 14-6605 |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 7th day of November, 2016, upon consideration of Plaintiff's Motion for Confirmation (Doc. No. 19),[1] it is hereby **ORDERED** that

1. Plaintiff's Motion is **GRANTED**;

2. The public sale held on July 21, 2016 is hereby **CONFIRMED**;

3. The U.S. Marshal is ordered and directed to execute and deliver to Samuel E. Fisher, his successors and assigns, a good and sufficient deed, conveying all the right, title and interest of Norine Dunleavy in and to the premises sold located at 19 South 4th Street, Oxford, PA 19363; and

4. Jurisdiction is retained for such further orders or decrees as may be appropriate and necessary.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] No response to the Motion has been filed.