<u>**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**</u>

UNITED STATES OF AMERICA

          Plaintiff           CIVIL NO. 14-6605

    vs.

NORINE DUNLEAVY

          Defendant(s)

## ASSIGNMENT OF BID

    **THIS ASSIGNMENT** is made this __9TH__ day of __AUGUST__, 2016, by __SAMUEL E. FISHER__ (Assignor) TO __SAMUEL E. FISHER & IVAN STOLTZFUS__ (Assignees).

    **WHEREAS**, Assignor was the successful bidder at the United States Marshal's Sale of July 21, 2016 for the Property known as 19 S. 4th Street, Oxford, PA 19363.

    **WHEREAS**, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

                        BY: __(Fisher)__ _____
                                 SUCCESSFUL BIDDER

As to Assignor

Sworn to and subscribed before me

This __9__ day of __Aug__, 2016

_____
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHARON R. MASCHERINO, Notary Public
Honey Brook Township, Chester County
My Commission Expires August 12, 2019
```

Assignment of Bid (19 S. 4th Street, Oxford, PA 19363)
Page 2

I hereby accept this Assignment of Bid.

BY: _____
    (Assignees)

Address: 640 VINE ST, HONEYBROOK, PA 19344
Phone Number: 610-273-3596
As to Assignee

Sworn to and subscribed before me

this 9 day of Aug, 2016.


_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SHARON R. MASCHERINO, Notary Public
Honey Brook Township, Chester County
My Commission Expires August 12, 2019