# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>NORINE DUNLEAVY<br><br>Defendant | CIVIL NO. 14-06605 |

## ORDER

**AND NOW**, this _____ day of _____, 2017, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 19 South 4th Street Oxford, PA 19363 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_____ J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

        Plaintiff

CIVIL NO. 14-06605

vs.

NORINE DUNLEAVY

        Defendant

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser................................. $30,148.00

Amount of cash received ................................................................ $30,148.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

    Mileage and Fees. ..................................................................... $189.75

DEPARTMENT OF JUSTICE COSTS:
   (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

    Advertising Cost ....................................................................... $1,787.38

TOTAL COSTS TO U.S. GOVERNMENT ................................. $1,977.13

Proceeds of sale, less costs, to Farmer's Home Admin .................. $28,170.87
    (to be forwarded to US Attorney's office)

                                                    Respectfully submitted,

                                                    KML Law Group, P.C.

                                                    By: _____
                                                    Thomas I. Puleo, Esquire
                                                    Pennsylvania Attorney I.D. No. 27615
                                                    Suite 5000 – BNY Independence Center
                                                    701 Market Street
                                                    Philadelphia, PA 19106-1532
                                                     (215) 825-6309