**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 14-06605 |
| vs. | |
| NORINE DUNLEAVY | |
| Defendant | |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser............................... $30,148.00

Amount of cash received ............................................................ $30,148.00

**TO BE DISTRIBUTED AS FOLLOWS:**

<u>US MARSHAL COSTS:</u>

  Mileage and Fees. .....................................................................$189.75

<u>DEPARTMENT OF JUSTICE COSTS:</u>
  (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

  Advertising Cost ....................................................................$1,787.38

TOTAL COSTS TO U.S. GOVERNMENT ................................$1,977.13

Proceeds of sale, less costs, to Farmer's Home Admin .................$28,170.87
  (to be forwarded to US Attorney's office)

Respectfully submitted,

KML Law Group, P.C.

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6309